# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BARBARA A. HYLLA and**
**STEVEN J. HYLLA,**

    **Plaintiffs,**

    vs.                                     Cause No.  03-CV-656-DRH

**UNITED STATES OF AMERICA,**

    **Defendant**.

## JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**.------

**NORBERT G. JAWORSKI, CLERK**

September 12, 2005                By:  s/Patricia Brown
                                                                   Deputy Clerk

APPROVED:/s/       David RHerndon        EOD: 09/12/2005
            **U.S. DISTRICT JUDGE**